IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-04261 ESL

JULIO CESAR GONZALEZ VAZQUEZ

Chapter 7

LUZ ELENIA CORREA VALENTIN

XXX-XX-6710

XXX-XX-0702

FILED & ENTERED ON 10/17/2011

Debtor(s)

ORDER OF CONVERSION TO CHAPTER 7

The motion filed by debtors requesting conversion from a chapter 13 case to c chapter 7 case (docket #59) is hereby granted. The hearing on confirmation scheduled for 10/19/2011 is vacated and set aside.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 17 day of October, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA